UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEVEN HUNT | § | Docket No.: 2:23-cv-04147 |
| | § | |
| | § | |
| Versus | § | Judge: GREG GERARD GUIDRY |
| | § | |
| | § | |
| AEGIS SECURITY INSURANCE | § | Magistrate Judge: DONNA |
| COMPANY | § | PHILLIPS CURRAULT |

_____

## VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss Without Prejudice for the reasons set forth below.

1. Plaintiff, STEVEN HUNT, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 24, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Subsequently, undersigned counsel attempted to contact the client by email and phone calls multiple times after the filing of the lawsuit.

Accordingly, upon due consideration of the facts and law, Galindo law wishes to voluntarily dismiss the plaintiffs claim without prejudice.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim.

Respectfully Submitted,

*/s/ Mark Ladd*
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com
Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF`**

**CERTIFICATE OF SERVICE**

    I hereby certify that Plaintiff has been notified of all deadlines and pending court appearances, and the foregoing pleading has been delivered to Plaintiff via certified mail, and counsels of record, through the CM/ECF system, depositing a copy of same in the United States mail, first-class postage prepaid, by hand delivery, email, or by facsimile transmission, this January 8, 2024.

                   */s/ Mark Ladd*
                   MARK LADD